IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT DIABETES CARE INC. and ) <br> ABBOTT DIABETES CARE SALES CORP., ) <br> ) <br> Defendants. ) | C.A. No. 22-605 (KAJ) <br> CONSOLIDATED |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *ADC Parties' Third Set of Requests for Production of Documents and Things to Dexcom, Inc. (Nos. 246-255)* were caused to be served on October 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire <br> Andrew E. Russell, Esquire <br> Nathan R. Hoeschen, Esquire <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> *Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Nathan Hamstra, Esquire <br> Jonathon Studer, Esquire <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 191 North Wacker Drive, Suite 2700 <br> Chicago, IL  60606 <br> *Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Valerie Lozano, Esquire <br> QUINN EMANUEL URQUHART & SULLIVAN LLP <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA  90017 <br> *Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

Cary E. Adickman, Esquire     *VIA ELECTRONIC MAIL*
Alex Zuckerman, Esquire
Brian P. Biddinger, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorneys for Plaintiff*

David Bilsker, Esquire     *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
*Attorneys for Plaintiff*

Kevin P.B. Johnson, Esquire     *VIA ELECTRONIC MAIL*
Margaret Shyr, Esquire
Todd M. Briggs, Esquire
Dallas Bullard, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
*Attorneys for Plaintiff*

Theodore Kwong, Esquire     *VIA ELECTRONIC MAIL*
HILGERS GRABEN PLLC
10000 North Central Expy., Suite 400
Dallas, TX 75231
*Attorneys for Plaintiff*

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Anthony D. Raucci*

OF COUNSEL:           _____
                Jack B. Blumenfeld (#1014)
Ellisen Shelton Turner       Rodger D. Smith II (#3778)
KIRKLAND & ELLIS LLP      Anthony D. Raucci (#5948)
2049 Century Park East, Suite 3700    1201 North Market Street
Los Angeles, CA 90067        P.O. Box 1347
(310) 552-4200             Wilmington, DE 19899
                (302) 658-9200
Amanda J. Hollis           jblumenfeld@morrisnichols.com
KIRKLAND & ELLIS LLP      rsmith@morrisnichols.com
300 North LaSalle           araucci@morrisnichols.com
Chicago, IL 60654
(312) 862-2000             *Attorneys for Defendants*

Benjamin A. Lasky
Jon R. Carter
Ashley Ross
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Edward A. Mas II
Leland G. Hansen
James M. Hafertepe
Sharon A. Hwang
Michael J. Carrozza
Manuela Cabal
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL  60661
(312) 775-8000

October 14, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 14, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Andrew E. Russell, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Nathan Hamstra, Esquire<br>Jonathon Studer, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>191 North Wacker Drive, Suite 2700<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Valerie Lozano, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Cary E. Adickman, Esquire<br>Alex Zuckerman, Esquire<br>Brian P. Biddinger, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

David Bilsker, Esquire                                                          *VIA ELECTRONIC MAIL*
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
(213) 443-3000
*Attorneys for Plaintiff*

Kevin P.B. Johnson, Esquire                                                     *VIA ELECTRONIC MAIL*
Margaret Shyr, Esquire
Todd M. Briggs, Esquire
Dallas Bullard, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
(650) 801-5000
*Attorneys for Plaintiff*

Theodore Kwong, Esquire                                                         *VIA ELECTRONIC MAIL*
HILGERS GRABEN PLLC
10000 North Central Expy., Suite 400
Dallas, TX  75231
*Attorneys for Plaintiff*

                                                                */s/ Anthony D. Raucci*
                                                                _____
                                                                Anthony D. Raucci (#5948)

2