IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEXCOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 22-605-KAJ |
| | ) | **CONSOLIDATED** |
| ABBOTT DIABETES CARE INC. and | ) | |
| ABBOTT DIABETES CARE SALES CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ABBOTT DIABETES CARE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 21-1699-KAJ |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on October 21, 2022, the following documents were

served on adc-mnat@list.mnat.com, MHM-ADC@mcandrews-ip.com,

abbottdexcomdelitigation@kirkland.com, and on the persons listed below in the manner

indicated:

1) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action directed to Guy Ruttenberg

2) Subpoena to Testify at a Deposition in a Civil Action directed to Guy Ruttenberg

**BY EMAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com

Amanda J. Hollis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
amanda.hollis@kirkland.com

Benjamin A. Lasky
Jon R. Carter
Ashley Ross
Christopher T. Jagoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
benjamin.lasky@kirkland.com
carterj@kirkland.com
ashley.ross@kirkland.com
christopher.jagoe@kirkland.com

Edward A. Mas II
Leland G. Hansen
Alexander M. Vogler
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 887-8000
emas@mcandrews-ip.com
lhansen@mcandrews-ip.com
avogler@mcandrews-ip.com

Ellisen Shelton Turner
Joshua P. Glucoft
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
(310) 552-4200
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Kristina R. Cary
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
kristina.cary@kirkland.com

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for DexCom, Inc.*

OF COUNSEL:
David Bilsker
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(213) 443-3000

Kevin P.B. Johnson
Todd M. Briggs
Margaret Shyr
Dallas Bullard
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Brian P. Biddinger
Cary E. Adickman
Alex Zuckerman
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Nathan Hamstra
Jonathon Studer
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Valerie Lozano
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Isabel Peraza
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I St. NW #900,
Washington, DC 20005
(202) 538-8000

Theodore Kwong
HILGERS GRABEN PLLC
10000 N. Central Expy., Suite 400
Dallas, TX 75231
(972) 645-3097

Dated: October 21, 2022