IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEXCOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 22-605-KAJ |
| | ) | **CONSOLIDATED** |
| ABBOTT DIABETES CARE INC. and | ) | |
| ABBOTT DIABETES CARE SALES CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ABBOTT DIABETES CARE INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 21-1699-KAJ |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 27, 2022, the following documents were served on adc-mnat@list.mnat.com, MHM-ADC@mcandrews-ip.com, abbottdexcomdelitigation@kirkland.com, and on the persons listed below in the manner indicated:

1. Dexcom Inc.'s Responses to Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp.'s Second Set of Requests for Production of Documents (Nos. 176-245)

2. Dexcom, Inc.'s Objections and Responses to Abbott Diabetes Care Inc.'s and Abbott Diabetes Care Sales Corp.'s Second Set of Interrogatories (Nos. 18-23)

**BY EMAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com

Amanda J. Hollis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
amanda.hollis@kirkland.com

Benjamin A. Lasky
Jon R. Carter
Ashley Ross
Christopher T. Jagoe
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
benjamin.lasky@kirkland.com
carterj@kirkland.com
ashley.ross@kirkland.com
christopher.jagoe@kirkland.com

Edward A. Mas II
Leland G. Hansen
Alexander M. Vogler
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 887-8000
emas@mcandrews-ip.com
lhansen@mcandrews-ip.com
avogler@mcandrews-ip.com

Ellisen Shelton Turner
Joshua P. Glucoft
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
(310) 552-4200
ellisen.turner@kirkland.com
josh.glucoft@kirkland.com

Kristina R. Cary
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500
kristina.cary@kirkland.com

| | |
|---|---|
| OF COUNSEL:<br>David Bilsker<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(213) 443-3000<br><br>Kevin P.B. Johnson<br>Todd M. Briggs<br>Margaret Shyr<br>Dallas Bullard<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br><br>Brian P. Biddinger<br>Cary E. Adickman<br>Alex Zuckerman<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>Nathan Hamstra<br>Jonathon Studer<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>Valerie Lozano<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for DexCom, Inc.* |

3

Isabel Peraza
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I St. NW #900,
Washington, DC 20005
(202) 538-8000

Theodore Kwong
HILGERS GRABEN PLLC
10000 N. Central Expy., Suite 400
Dallas, TX 75231
(972) 645-3097

Dated: October 28, 2022