IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT DIABETES CARE INC. and ) <br> ABBOTT DIABETES CARE SALES CORP., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 22-605-KAJ <br> **CONSOLIDATED** |
| ABBOTT DIABETES CARE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEXCOM, INC., ) <br> ) <br> Defendant. ) | C.A. No. 21-1699-KAJ |

## NOTICE OF DEPOSITION OF GUY RUTTENBERG

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Dexcom, Inc. ("Plaintiff") will take the oral deposition of Guy Ruttenberg on November 8, 2022, at 9:30 AM (PST). The deposition will take place remotely via videoconference. The deposition will be remotely recorded before a duly qualified notary public or other officer authorized by law to administer oaths by stenographic means, audio recording, video recording, and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed. You are invited to attend.

| | |
|---|---|
| OF COUNSEL:<br>David Bilsker<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(213) 443-3000 | /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for DexCom, Inc.* |

Kevin P.B. Johnson
Todd M. Briggs
Margaret Shyr
Dallas Bullard
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Brian P. Biddinger
Cary E. Adickman
Alex Zuckerman
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Nathan Hamstra
Jonathon Studer
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Valerie Lozano
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Isabel Peraza
Q<small>UINN</small> E<small>MANUEL</small> U<small>RQUHART</small>
 & S<small>ULLIVAN</small>, LLP
1300 I St. NW #900,
Washington, DC 20005
(202) 538-8000

Theodore Kwong
H<small>ILGERS</small> G<small>RABEN</small> PLLC
10000 N. Central Expy., Suite 400
Dallas, TX 75231
(972) 645-3097

Dated: November 7, 2022