IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., </br></br>        Plaintiff, </br></br>  v. </br></br>ABBOTT DIABETES CARE INC. and </br>ABBOTT DIABETES CARE SALES CORP., </br></br>        Defendants. | C.A. No. 22-605-KAJ </br>**CONSOLIDATED** |
| ABBOTT DIABETES CARE INC., </br></br>        Plaintiff, </br></br>  v. </br></br>DEXCOM, INC., </br></br>        Defendant. | C.A. No. 21-1699-KAJ |

## NOTICE OF DEPOSITION OF SUSAN TALL

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Dexcom, Inc. ("Plaintiff") will take the oral deposition of Susan Tall on November 9, 2022, at 9:30 AM (PST). The deposition will take place remotely via videoconference. The deposition will be remotely recorded before a duly qualified notary public or other officer authorized by law to administer oaths by stenographic means, audio recording, video recording, and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed. You are invited to attend.

|  |  |
|---|---|
| OF COUNSEL:<br>David Bilsker<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(213) 443-3000<br><br>Kevin P.B. Johnson<br>Todd M. Briggs<br>Margaret Shyr<br>Dallas Bullard<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br><br>Brian P. Biddinger<br>Cary E. Adickman<br>Alex Zuckerman<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>Nathan Hamstra<br>Jonathon Studer<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400<br><br>Valerie Lozano<br>QUINN EMANUEL URQUHART<br>  & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for DexCom, Inc.* |

Isabel Peraza
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I St. NW #900,
Washington, DC 20005
(202) 538-8000

Theodore Kwong
HILGERS GRABEN PLLC
10000 N. Central Expy., Suite 400
Dallas, TX 75231
(972) 645-3097

Dated: November 7, 2022