IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC. and ABBOTT DIABETES CARE LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> DEXCOM, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 21-1699 (KAJ) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) |
| DEXCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT DIABETES CARE INC. and ABBOTT DIABETES SALES CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 22-605 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington this 29th day of November 2022, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Abbott's Sealed Opposed Motion to Dismiss (D.I. 34) in Civil Action No. 22-605 (KAJ) is DENIED; Abbott's Motion To Stay (D.I. 117) in Civil Action No. 22-605 (KAJ) pending resolution of Civil Action No. 21-1699 (KAJ) is GRANTED; DexCom's Motion to Dismiss for Failure to State a Claim (D.I. 17) in Civil Action No. 21-1699 (KAJ) is GRANTED without prejudice with respect to

Abbott's claim for breach of the implied covenant of good faith and fair dealing, and DENIED with respect to Abbott's claim for declaratory judgment. Abbott will be given leave to amend its complaint in Civil Action No. 21-1699 (KAJ).

                                                                                  */s/ Kent A. Jordan*
                                                                                  Kent A. Jordan, Circuit Judge
                                                                                  Sitting by designation

Wilmington, Delaware
November 29, 2022