IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE, INC. and ABBOTT DIABETES CARE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-1699 (KAJ)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>) |
| DEXCOM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABBOTT DIABETES CARE INC. and ABBOTT DIABETES SALES CORP.,<br><br>Defendants. | )<br>)<br>)  Civil Action No. 22-605 (KAJ)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Whereas the Court's November 29, 2022 Memorandum Opinions have been sealed,

IT IS HEREBY ORDERED that counsel shall provide the Court with proposed redactions to that document on or before the close of business on December 6, 2022.

After that time the Court will unseal the Memorandum Opinion, setting forth the rulings, with any redactions deemed appropriate by the Court.

                                                                                                  Kent A. Jordan, Circuit Judge  
                                                                                                  Sitting by designation

November 29, 2022  
Wilmington, Delaware