IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-605 (KAJ) |
| | ) (Consolidated) |
| ABBOTT DIABETES CARE INC. and | ) |
| ABBOTT DIABETES CARE SALES | ) |
| CORP., | ) |
| | ) |
| Defendants. | ) |

## **STIPULATION AND ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for DexCom, Inc. to file its answering brief in opposition to the motion to stay (D.I. 284) filed by Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp. (together, "Abbott") is extended to January 10, 2023 and that the time for Abbott to file its reply brief in support of the motion to stay is extended January 24, 2023.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ John W. Shaw* | */s/ Rodger D. Smith, II* |
| John W. Shaw (#3362)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: December 22, 2022

SO ORDERED, this ___ day of _____ 2022.

_____
The Honorable Kent A. Jordan

2