IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., </br></br> Plaintiff, </br></br> v. </br></br> ABBOTT DIABETES CARE INC. and </br> ABBOTT DIABETES CARE SALES CORP., </br></br> Defendants. | C.A. No. 22-605 (KAJ) </br> CONSOLIDATED |
| ABBOTT DIABETES CARE INC., </br></br> Plaintiff, </br></br> v. </br></br> DEXCOM, INC., </br></br> Defendant. | C.A. No. 21-1699 (KAJ) |

### ADC PARTIES' RENEWED MOTION TO DISMISS DEXCOM'S FIRST COUNTER-COUNTERCLAIM, AND TO STRIKE DEXCOM'S SECOND AFFIRMATIVE DEFENSE

On December 27, 2022, DexCom, Inc. ("DexCom") filed a new Answer and Affirmative Defenses to Defendants' Amended Counterclaims, and DexCom's Counter-Counterclaim, (D.I. 295),[1] but its First Counter-Counterclaim (breach of contract) and Second Affirmative Defense (unclean hands) are the same as what it filed before in D.I. 175. Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp. (collectively, the "ADC Parties") therefore hereby renew their motion to dismiss DexCom's First Counter-Counterclaim (breach of contract) for failure to state a claim upon which relief can be granted, and to strike DexCom's Second Affirmative Defense

---

[1] DexCom's new Answer, Affirmative Defenses and Counter-Counterclaim were filed in response to the ADC Parties' December 13, 2022 Amended Counterclaims (D.I. 279), which in turn were filed in response to the Court's order dismissing the ADC Parties' counterclaim for breach of the implied covenant of good faith and fair dealing with leave to amend (D.I. 271 at 13-14).

(unclean hands) for failure to allege a sufficient defense. Fed. R. Civ. P. 12(b)(6) and 12(f). In support of their renewed motion, the ADC Parties incorporate by reference the briefing relating to their previous motion to dismiss and to strike (D.I. 195, 196, 206, 244), and the transcript of the December 20, 2022 oral argument. A form of Order is attached.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| Ellisen Shelton Turner | */s/ Anthony D. Raucci* |
| KIRKLAND & ELLIS LLP | _____ |
| 2049 Century Park East, Suite 3700 | Jack B. Blumenfeld (#1014) |
| Los Angeles, CA  90067 | Rodger D. Smith II (#3778) |
| (310) 552-4200 | Anthony D. Raucci (#5948) |
| | 1201 North Market Street |
| Amanda J. Hollis | P.O. Box 1347 |
| KIRKLAND & ELLIS LLP | Wilmington, DE  19899 |
| 300 North LaSalle | (302) 658-9200 |
| Chicago, IL  60654 | jblumenfeld@morrisnichols.com |
| (312) 862-2000 | rsmith@morrisnichols.com |
| | araucci@morrisnichols.com |
| Benjamin A. Lasky | |
| Ashley Ross | *Attorneys for Defendants* |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Avenue | |
| New York, NY  10022 | |
| (212) 446-4800 | |
| | |
| Jason M. Wilcox P.C. | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20004 | |
| (202) 389-5000 | |

Edward A. Mas II
Leland G. Hansen
James M. Hafertepe
Sharon A. Hwang
Michael J. Carrozza
Manuela Cabal
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, IL  60661
(312) 775-8000

January 5, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT DIABETES CARE INC. and <br> ABBOTT DIABETES CARE SALES CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-605 (KAJ) <br> CONSOLIDATED |
| ABBOTT DIABETES CARE INC., <br><br> Plaintiff, <br><br> v. <br><br> DEXCOM, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1699 (KAJ) |

**[PROPOSED] ORDER**

This ___ day of _____, 2023, the ADC Parties having moved to dismiss DexCom's First Counter-Counterclaim (breach of contract) for failure to state a claim upon which relief can be granted, and to strike DexCom's Second Affirmative Defense (unclean hands) for failure to allege a sufficient defense, and the Court having considered the submissions of the parties;

IT IS HEREBY ORDERED that:

(1)  The ADC Parties' motion is granted;

(2)  DexCom's First Counter-Counterclaim (breach of contract) is dismissed with prejudice; and

(3)     DexCom's Second Affirmative Defense (unclean hands) is stricken.

                                                                                                                                  _____

The Honorable Kent A. Jordan, Circuit Judge
Sitting by Designation

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 5, 2023, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Andrew E. Russell, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Nathan Hamstra, Esquire<br>Jonathon Studer, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>191 North Wacker Drive, Suite 2700<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Valerie Lozano, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA  90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Cary E. Adickman, Esquire<br>Brian P. Biddinger, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| David Bilsker, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kevin P.B. Johnson, Esquire<br>Margaret Shyr, Esquire<br>Todd M. Briggs, Esquire<br>Dallas Bullard, Esquire<br>Cat Williams, Esquire<br>Zak Randell, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA  94065<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gavin Frisch, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA  02119<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Theodore Kwong, Esquire<br>HILGERS GRABEN PLLC<br>10000 North Central Expy., Suite 400<br>Dallas, TX  75231<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Sophie A. Hood, Esquire<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)