IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEXCOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-605-KAJ |
| | ) | **CONSOLIDATED** |
| ABBOTT DIABETES CARE INC. and | ) | |
| ABBOTT DIABETES CARE SALES CORP., | ) | ▮▮▮▮▮ |
| | ) | |
| Defendants. | ) | |
| | ) | **Redacted - Public Version** |
| ABBOTT DIABETES CARE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1699-KAJ |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**LETTER TO THE HONORABLE KENT A. JORDAN FROM ANDREW E. RUSSELL**

OF COUNSEL:
David Bilsker
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(213) 443-3000

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for DexCom, Inc.*

Kevin P.B. Johnson
Todd M. Briggs
Margaret Shyr
Dallas Bullard
Zak Randell
Cat Williams
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Brian P. Biddinger
Cary E. Adickman
Alex Zuckerman
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Nathan Hamstra
Jonathon Studer
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Valerie Lozano
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Isabel Peraza
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I St. NW #900,
Washington, DC 20005
(202) 538-8000

Gavin Frisch
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Ave., Suite 520
Boston, MA 02119
(617) 712-7100

Theodore Kwong
HILGERS GRABEN PLLC
10000 N. Central Expy., Suite 400
Dallas, TX 75231
(972) 645-3097

Sophie A. Hood
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400

Dated: February 10, 2023



Andrew E. Russell
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704 – Direct
arussell@shawkeller.com

February 10, 2023

**VIA CM/ECF & HAND DELIVERY**
The Honorable Kent A. Jordan
United States Court of Appeals for the Third Circuit
J. Caleb Boggs Federal Building
844 N. King Street, Unit 10
Wilmington, DE 19801



Re: *DexCom, Inc. v. Abbott Diabetes Care Inc. et. al.*, C.A. No. 22-605-KAJ

Dear Judge Jordan:

In support of DexCom's Opposition to Abbott's Motion for Summary Judgment on DexCom's Fourth and Eighth Affirmative Defenses ("DexCom's Opposition," D.I. 371), DexCom, Inc. filed the Declaration of Dallas Bullard (the "Declaration," D.I. 372), which included as Exhibit A a court filing from the Mannheim District Court, and an English translation thereof.

The translation filed as Exhibit A to the Declaration did not include a certification by the translator. Attached is an amended Exhibit A, which has been updated with a certification by the translator. Amended Exhibit A also includes minor revisions resulting from the certification process. These revisions to not impact the substance of the issues raised in DexCom's Opposition.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc: Clerk of the Court (via CM/ECF & Hand Delivery)
    All Counsel of Record (via CM/ECF & Email)

# AMENDED EXHIBIT A

## Redacted in its Entirety