IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEXCOM, INC., Plaintiff, v. ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE SALES CORP., Defendants. | ) | C.A. No. 22-605-KAJ **CONSOLIDATED** [redacted] **Redacted - Public Version** |
| ABBOTT DIABETES CARE INC. Plaintiff, v. DEXCOM, INC., Defendant. | ) | C.A. No. 21-1699-KAJ |

**DEXCOM'S LETTER CORRECTING ERROR IN D.I. 312**

OF COUNSEL:
David Bilsker
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(213) 443-3000

Kevin P.B. Johnson
Todd M. Briggs
Margaret Shyr
Dallas Bullard
Zak Randell
Cat Williams
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for DexCom, Inc.*

Brian P. Biddinger
Cary E. Adickman
Alex Zuckerman
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Nathan Hamstra
Jonathon Studer
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Valerie Lozano
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Isabel Peraza
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I St. NW #900,
Washington, DC 20005
(202) 538-8000

Gavin Frisch
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
111 Huntington Ave., Suite 520
Boston, MA 02119
(617) 712-7100

Theodore Kwong
HILGERS GRABEN PLLC
10000 N. Central Expy., Suite 400
Dallas, TX 75231
(972) 645-3097

Sophie A. Hood
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Dated: February 6, 2023



SHAW KELLER LLP

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

February 6, 2023

**BY CM/ECF**
The Honorable Kent A. Jordan
United States Court of Appeals for the Third Circuit
J. Caleb Boggs Federal Building
844 N. King Street, Unit 10
Wilmington, DE 19801

[redacted]

Re: *Abbott Diabetes Care Inc. v. Dexcom, Inc.*, C.A. No. 20-605-KAJ

Dear Judge Jordan:

On January 11, 2023, DexCom filed its Opposition to Abbott's Motion to Strike DexCom's Ancillary Product Contentions at D.I. 312. On page 3 of its Opposition, DexCom stated: "In addition, ADC has had ample opportunity to respond to DexCom's responsive contention and rebuttal expert opinions, and did so when it provided ten pages of reply opinions from Dr. Schurman and Mr. Bensen on December 22. *See* Schurman Report, ¶ 21 ("[T]he accused FreeStyle Libre products . . . are not an 'Ancillary Product' (SLA § A.6) [redacted])."

DexCom inadvertently failed to attach the exhibits to which this sentence refers (i.e., the December 22, 2022 Reply Expert Reports of Dr. Matthew Schurman and Eric Bensen). DexCom attaches those exhibits to this letter. Additionally, the quote DexCom cited in the parenthetical is inaccurate. DexCom corrects inaccuracies below.

The corrected sentence is: "In addition, ADC has had ample opportunity to respond to DexCom's responsive contention and rebuttal expert opinions, and did so when it provided ten pages of reply opinions from Dr. Schurman and Mr. Bensen on December 22. *See* Ex. 6, Schurman Reply Report, ¶ 15 [redacted] ¶¶ 16-23; Ex. 7, Bensen Reply Report, ¶¶ 26-35."

Respectfully submitted,

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)

cc: Clerk of the Court (by CM/ECF)
All counsel of record (by CM/ECF and e-mail)

# EXHIBIT 6 -7 Redacted in their Entirety