## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**RODGER D. SMITH II**
302 351 9205
rsmith@morrisnichols.com

June 5, 2023

The Honorable Kent A. Jordan  *VIA ELECTRONIC FILING*
United States Court of Appeals
  for the Third Circuit
5100 Federal Building
844 N. King Street, Unit 10
Wilmington, DE 19801-3566

> Re: *DexCom, Inc. v. Abbott Diabetes Care Inc., et al.*,
> C.A. No. 22-605 (KAJ) (Consolidated)

Dear Judge Jordan:

The parties jointly submit the attached proposed juror questionnaire for the Court's consideration.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

RDS/rah
Enclosure

cc: All Counsel of Record (via electronic mail)