The questionnaire below has been approved by the Court. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Please answer the questions below honestly and completely, and provide the response in the enclosed envelope. If you need additional space, please use the back of this form. This information will not be used for any other purpose except to select a jury. Thank you for your time and effort in completing this questionnaire.

**JUROR QUESTIONNAIRE**

Name: _____ Address: _____
Race: _____ Gender: _____ Age: ____ County of Residence: _____

1. What is the highest level of education you have completed? ☐ Less Than High School Diploma ☐ High School Diploma/GED ☐ Some College ☐ Technical/Business School ☐ Trade School ☐ Associate's Degree ☐ College Degree ☐ Post-Graduate Degree.

   Beyond high school, list the degree(s) you have earned and your major area(s) of study: _____

2. Do you have any special training, education, or experience related to any of the following industries/fields: (Check all that apply) ☐ Law/Court System ☐ Healthcare ☐ Medical Devices ☐ Diagnostics ☐ Biology ☐ Chemistry ☐ Engineering ☐ Accounting ☐ Finance or Economics ☐ Licensing
   ☐ Intellectual Property/Patents ☐ Business ☐ Research and Development ☐ Sales ☐ Product Development ☐ Endocrinology (Diabetes medicine) ☐ Dietician or Nutritionist ☐ Diabetes education ☐ Marketing/Advertising ☐ Contract Negotiation or Enforcement

   If you checked any box, please describe: _____

3. Have you ever served in the military? ☐ Yes ☐ No. If "Yes," highest rank? _____

4. Employment status: (Check one) ☐ Employed Full-Time ☐ Employed Part-Time ☐ Homemaker ☐ Self-Employed ☐ Retired ☐ Unemployed ☐ Furloughed ☐ Disabled ☐ Student.

5. Describe your current or most recent job.
   Employer: _____ Type of Business: _____
   Title/Position: _____ Length of Employment: _____
   Reason for Leaving: _____

6. In any of your jobs, have you ever held a management/supervisor position? ☐ Yes ☐ No.

7. Have you or anyone close to you ever owned a business? ☐ Yes ☐ No. If "Yes," please describe the business and when it was owned: _____

8. What is your marital status? ☐ Single/ Never married ☐ Married ☐ Living with Partner ☐ Divorced/ Separated ☐ Widow/ Widower

8. If applicable, what is your spouse's/partner's current or most recent job and who is/was the employer? _____

9. Have you ever been a plaintiff, defendant, or witness in a lawsuit? ☐ Yes ☐ No. If "Yes," please describe the lawsuit: _____

10. Have you ever been a witness at a trial, hearing, or deposition? ☐ Yes ☐ No. If "Yes," please explain: _____

11. Have you previously served as a juror? ☐ Yes ☐ No. If "Yes," did the jury reach a verdict? ☐ Yes ☐ No. Were you the jury foreperson? ☐ Yes ☐ No. What type of case was it? ☐ Civil ☐ Criminal ☐ Grand Jury Proceedings ☐ I Do Not Remember.

12. Do you have any strong opinions about civil litigation in general? ☐ Yes ☐ No. If "Yes," please describe: _____

13. Do you have any strong opinions about large corporations? ☐ Yes ☐ No. If "Yes," please describe: _____

1

14. Have you or someone close to you ever developed a new product, applied for a patent, or received a patent?  ☐ Yes ☐ No.  If "Yes," please explain: _____

15. Do you have any opinions (positive or negative) about patents, the patent office, or the patent system?  ☐ Yes ☐ No.  If "Yes," please explain: _____

16.  Have you or anyone close to you had diabetes or ever needed to manage or treat diabetes? ☐ Yes ☐ No.  If "Yes," please explain: _____

17.  Have you or anyone close to you ever used a continuous glucose monitor? ☐ Yes ☐ No.  If "Yes," please explain: _____

18. Have you or anyone close to you ever used a blood glucose meter? ☐ Yes ☐ No.  If "Yes," please explain: _____