IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEXCOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-605 (KAJ) |
| | ) | CONSOLIDATED |
| ABBOTT DIABETES CARE INC. and | ) | |
| ABBOTT DIABETES CARE SALES CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| ABBOTT DIABETES CARE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1699 (KAJ) |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING <u>ORDER ON PERSONAL DEVICES</u>**

The parties jointly move that the following individuals be permitted to keep their electronic devices in their possession in court, as if they were Delaware-licensed attorneys permitted to do the same. These individuals agree they will abide by all requirements of the District Court's May 15, 2023 Standing Order In re Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse.

- Brian Biddinger, Esquire
- David Bilsker, Esquire
- Joshua Burd, Esquire
- Michael Carrozza, Esquire

- Gavin Frisch, Esquire
- Mara Greenberg, Esquire
- Nathan Hamstra, Esquire
- Leland Hansen, Esquire
- Amanda Hollis, Esquire
- Sharon Hwang, Esquire
- Christopher Jagoe, Esquire
- Kevin Johnson, Esquire
- Benjamin Lasky, Esquire
- Caroline Lourgos, Esquire
- Valerie Lozano, Esquire
- Jeff Matthews, Esquire
- Ethan Perbohner, Esquire
- Sara Pollock, Esquire
- Jenny Quang, Esquire
- Zak Randell, Esquire
- Ashley Ross, Esquire
- Margaret Shyr, Esquire
- Jonathan Studer, Esquire
- Jason Wilcox, Esquire
- Jiange Xiao, Esquire
- Matthew Gavieta, Paralegal
- Austin Keefe, Paralegal

- Jeffrey Matthews, Paralegal
- Maka Oganesian, Paralegal
- Alvaro Parrado, Paralegal
- Robin Ramirez, Paralegal
- Johanna Hillard, Jury Consultant
- Sha Londa Balderama, Assistant
- Sandra Morones, Assistant
- Nick Benyo, Trial Technician
- Lisa Buyofski, Trial Technician
- Tony Canzanella, Trial Technician
- Michele Gervolino, Trial Technician
- Jose Lopez, Trial Technician
- Chad Okada, Trial Technician
- Nathan Petersen, Trial Technician
- Karl Reed, Trial Technician
- Will Thomas, Trial Technician
- Eric Bensen, Expert Witness
- Mike Brown, Witness
- Adam Cate, Witness
- Peter Chrocziel, Expert Witness
- Ben Feldman, Witness
- Christopher Floyd, Expert Witness
- Kenneth Gall, Expert Witness

- Christopher Gerardi, Expert Witness
- Shannon Hansen, Witness
- Scott Harper, Witness
- Thomas Harrington, Expert Witness
- Roozbeth Jafari, Expert Witness
- Laura Johnson, Witness
- Apurv Kamath, Witness
- Patrick Kennedy, Expert Witness
- Lori Laffel, Expert Witness
- Steven Pacelli, Witness
- Jason Pederson, Witness
- Christopher Robertson, Expert Witness
- Guy Ruttenberg, Witness
- Matt Schurman, Expert Witness
- Peter Simpson, Witness
- Garry Steil, Expert Witness
- Susan Tall, Witness
- Marc Taub, Witness
- Eugene Wright, Expert Witness
- Todd York, Witness
- Hubert Allen, Client Representative
- Rachel Bach, Client Representative
- Kellin Chatfield, Client Representative

- Kaare Larson, Client Representative

- David Mendelson, Client Representative

- Gary Schneiderman, Client Representative

- Gael Tisack, Client Representative

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| /s/ *Nathan R. Hoeschen* | /s/ *Rodger D. Smith* |
| John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com | Jack B. Blumenfeld (No.1014)<br>Rodger D. Smith II (No. 3778)<br>Anthony D. Raucci (No. 5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

Dated: July 6, 2023

**SO ORDERED**, this _7th_ day of _July_, 2023.

_____
United States District Court Judge
Circuit