# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC.,<br><br>   Plaintiff,<br>v.<br><br>ABBOTT DIABETES CARE INC., and<br>ABBOTT DIABETES CARE SALES CORP.<br><br>   Defendants. | C.A. No. 22-605 (KAJ)<br><br>(CONSOLIDATED) |
| ABBOTT DIABETES CARE INC.,<br><br>   Plaintiff,<br>v.<br><br>DEXCOM, INC.,<br><br>   Defendant. | C.A. No. 21-1699 (KAJ) |

## JURY VERDICT FORM

# Abbott's Claims

1. Did Abbott prove by a preponderance of the evidence that the following claims are licensed to ADC Inc. pursuant to ¶A.13(c)(i)?

| Patent Claim | In Abbott's favor | In DexCom's favor |
|---|---|---|
| **'452 Patent** | | |
| 1  | _X_ Yes (*in Abbott's favor*) | ____ No (*in DexCom's favor*) |
| 7  | _X_ Yes (*in Abbott's favor*) | ____ No (*in DexCom's favor*) |
| 10 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 11 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 14 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 19 | _X_ Yes (*in Abbott's favor*) | ____ No (*in DexCom's favor*) |
| 23 | _X_ Yes (*in Abbott's favor*) | ____ No (*in DexCom's favor*) |
| 26 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 27 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 41 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 45 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 48 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 49 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 62 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 63 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 67 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |
| 68 | ____ Yes (*in Abbott's favor*) | _X_ No (*in DexCom's favor*) |

2. Did Abbott prove by a preponderance of the evidence that DexCom breached ¶H.3(i) by obtaining issuance of the following claim?

| Patent Claim | In Abbott's favor | In DexCom's favor |
|---|---|---|
| **'215 Patent** | | |
| 1 | _X_ Yes (*in Abbott's favor*) | ____ No (*in DexCom's favor*) |

**GO TO NEXT PAGE**

2

If you answered NO for all of the claims listed in Questions 1 and 2, skip to Question 5. Otherwise, answer Questions 3, 4, 5, and 6.

3. Did Abbott prove by a preponderance of the evidence that its allegedly licensed sensors, and components used with those sensors, in the FreeStyle Libre 14-day with reader and FreeStyle Libre 2 with reader, are "ADC Products" as set forth in ¶ A.3 of the SLA?

 __X__ Yes (*in Abbott's favor*)  ____ No (*in DexCom's favor*)

4. Did Abbott prove by a preponderance of the evidence that DexCom breached the license in the SLA by filing a lawsuit asserting that Abbott infringed one or more of the patent claims listed in Questions 1 or 2?

 ____ Yes (*in Abbott's favor*)  __X__ No (*in DexCom's favor*)

5. Did Abbott prove by a preponderance of the evidence that DexCom breached the Dispute Resolution Clause in SLA ¶ J.1 by failing to follow the dispute resolution procedures in that clause?

 __X__ Yes (*in Abbott's favor*)  ____ No (*in DexCom's favor*)

**GO TO NEXT PAGE**

3

## DexCom's Claims

6. Did DexCom prove by a preponderance of the evidence that Abbott breached the Dispute Resolution Clause in SLA ¶ J.1 by failing to follow the dispute resolution procedures in that clause?

　　　　　____ Yes (*in DexCom's favor*)　　　X__ No (*in Abbott's favor*)

　　　　　　　　　　　　　　　▮▮▮▮▮▮▮▮▮▮▮▮▮▮
　　　　　　　　　　　　　　　Jury Foreperson

**END**