IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT DIABETES CARE INC. and <br> ABBOTT DIABETES CARE SALES CORP., <br><br> Defendants. | C.A. No. 22-605 (KAJ) <br> CONSOLIDATED |

## STIPULATION TO EXTEND TIME

WHEREAS, the parties are continuing to negotiate a proposed schedule for post-trial briefing as required by the Pretrial Order (D.I. 504, ¶ 121),

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for the parties to submit their positions on a schedule for post-trial briefing is extended to August 2, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| /s/ *Anthony D. Raucci* | /s/ *Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Rodger D. Smith II (#3778) | Andrew E. Russell (#5382) |
| Anthony D. Raucci (#5948) | Nathan R. Hoeschen (#6232) |
| 1201 North Market Street | Emily S. DiBenedetto (#6779) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 298-0700 |
| rsmith@morrisnichols.com | jshaw@shawkeller.com |
| araucci@morrisnichols.com | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| *Attorneys for Defendants* | edibenedetto@shawkeller.com |
| | *Attorneys for Plaintiff* |

July 28, 2023

SO ORDERED this _____ day of _____, 2023.

_____
United States Circuit Judge