

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

August 10, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *DexCom, Inc. v. Abbott Diabetes Care Inc., et al.,*
       C.A. No. 22-605 (KAJ) (Consolidated)

Dear Judge Jordan:

DexCom writes to request a status conference in C.A. No. 22-605.

The parties met and conferred and filed their respective letter briefs setting forth the parties' respective positions on post-trial briefing (D.I. 572, 573). During the course of that process, it became apparent that the parties have a fundamental disagreement as to whether the case remains stayed and whether a trial date for DexCom's infringement case should be set now. DexCom therefore requests that the Court schedule a status conference to address these issues.

Respectfully submitted,

*/s/ Andrew E. Russell*

Andrew E. Russell (No. 5382)

cc:   Clerk of Court (by CM/ECF & Hand Delivery)
       All Counsel of Record (by CM/ECF & Email)