IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ABBOTT DIABETES CARE INC. and ) <br> ABBOTT DIABETES CARE SALES CORP., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 22-605-KAJ <br> **CONSOLIDATED** |
| ABBOTT DIABETES CARE INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DEXCOM, INC., ) <br> ) <br> Defendant. ) | C.A. No. 21-1699-KAJ |

## STIPULATION AND [PROPOSED] ORDER ON POST-TRIAL BRIEFING

The parties hereby stipulate and agree, subject to the approval of the Court, to the following schedule for submitting post-trial briefs:

| EVENT | DEADLINE |
|---|---|
| Opening Briefs | September 8, 2023 |
| Answering Briefs | October 13, 2023 |
| Reply Briefs | November 3, 2023 |

The length of each brief shall comply with page limits set forth in D. Del. LR 7.1.3(a)(4).

1

| | |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Rodger D. Smith II* |
| John W. Shaw (No. 3362) | Jack B. Blumenfeld (No. 1014) |
| Karen E. Keller (No. 4489) | Rodger D. Smith II (No. 3778) |
| Andrew E. Russell (No. 5382) | Anthony D. Raucci (No. 5948) |
| Nathan R. Hoeschen (No. 6232) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SHAW KELLER LLP | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, DE  19899 |
| Wilmington, DE  19801 | (302) 658-9200 |
| (302) 298-0700 | jblumenfeld@morrisnichols.com |
| jshaw@shawkeller.com | rsmith@morrisnichols.com |
| kkeller@shawkeller.com | araucci@morrisnichols.com |
| arussell@shawkeller.com | *Attorneys for Defendants* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiff* | |

Dated: September 7, 2023

SO ORDERED, this ___ day of _____ 2023.

_____
The Honorable Kent A. Jordan