IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEXCOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 22-605-KAJ |
| | ) | **CONSOLIDATED** |
| ABBOTT DIABETES CARE INC. and | ) | |
| ABBOTT DIABETES CARE SALES CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraphs 10 and 11.a of the Court's Amended Scheduling Order (D.I. 618),

Plaintiff DexCom, Inc. ("DexCom") and Defendants Abbott Diabetes Care Inc. and Abbott

Diabetes Care Sales Corp. ("Abbott") submit their Joint Claim Construction Chart attached as

Exhibit 1, which identifies the term(s)/phrase(s) of the claim(s) in issue and each party's proposed

constructions of the disputed claim language with citation(s) to the intrinsic evidence in support

of their respective proposed constructions. Copies of the patents in issue as well as those portions

of the intrinsic record relied upon are attached as exhibits as follows:

Exhibit 1:    Joint Claim Construction Chart

Exhibit 2:    U.S. Patent No. 11,000,213 ("the '213 patent")

Exhibit 3:    U.S. Patent No. 10,993,642 ("the '642 patent")[1]

---

[1] Because all claims of the '642 patent have been found unpatentable in Final Written Decisions issued by the USPTO's Patent Trial and Appeal Board, Abbott contends that it is appropriate to stay all proceedings on the '642 patent, including claim construction, pending DexCom's appeal of those Final Written Decisions, for the reasons set forth in support of its motion to stay, *see* D.I. 654, 655, and its inclusion of the '642 patent in this Joint Claim Construction chart should not be read as an admission otherwise. DexCom opposes Abbott's motion to stay, for the reasons set forth in its forthcoming opposition brief.

Exhibit 4:      U.S. Patent No. 10,702,215 ("the '215 patent")

Exhibit 5:      U.S. Patent No. 10,980,452 ("the '452 patent")

Exhibit 6:      Excerpts from the prosecution history file of the '213 patent

Exhibit 7:      Excerpts from the prosecution history file of the '642 patent

Exhibit 8:      Excerpts from the prosecution history file of the '215 patent

Exhibit 9:      Excerpts from the prosecution history file of the '452 patent

Exhibit 10     Excerpts from the prosecution history file of U.S. Patent Application No. 16/457,628 ("the '628 app.")

Exhibit 11     Excerpts from the prosecution history file of U.S. Patent No. 9,603,557 ("the '557 patent")

Exhibit 12     IPR2022-00913, Paper 44 ("the '213 FWD (1)")

Exhibit 13     IPR2022-00913, Paper 24 ("the '213 POR (1)")

Exhibit 14     IPR2022-00914, Paper 45 ("the '213 FWD (2)")

Exhibit 15     IPR2022-00914, Paper 24 ("the '213 POR (2)")

Exhibit 16     IPR2022-00921, Paper 45 ("the '642 FWD (1)")

Exhibit 17     IPR2022-00921, Paper 25 ("the '642 POR (1)")

Exhibit 18     IPR2022-00922, Paper 42 ("the '642 FWD (2)")

Exhibit 19     IPR2022-00922, Paper 22 ("the '642 POR (2)")

Exhibit 20:     U.S. Patent No. 9,119,528

Exhibit 21     IPR2022-00909, Paper 38 ("the '215 FWD")

Exhibit 22     IPR2022-00909, Paper 20 ("the '215 POR")

Exhibit 23     IPR2022-00909, Paper 28 ("the '215 PO Surreply")

Exhibit 24:     U.S. Patent No. 8,615,282

Exhibit 25     Petition, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2022) ("'215 Petition")

| Exhibit 26 | Exhibit 2013, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2023) ("'215 Rodbard January 18, 2023 Deposition") |
|---|---|
| Exhibit 27 | Exhibit 1002, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2023) ("'215 Rodbard Declaration") |
| Exhibit 28 | Exhibit 1035, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2023) ("'215 Rodbard Supplemental Declaration") |
| Exhibit 29 | Exhibit 2008, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2023) ("'215 Keenan Declaration") |
| Exhibit 30 | Exhibit 2030, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2023) ("'215 Rodbard May 24, 2023 Deposition") |
| Exhibit 31 | Petitioner's Reply, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2023) ("'215 PRPOR") |
| Exhibit 32 | Decision Granting Institution of Inter Partes Review, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00909 (PTAB 2022) ("'215 DI") |
| Exhibit 33 | Petition, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00917 (PTAB 2022) ("'452 Petition (1)") |
| Exhibit 34 | Petition, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00918 (PTAB 2022) ("'452 Petition (2)") |
| Exhibit 35 | Patent Owners Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00917 (PTAB 2022) ("'452 POPR (1)") |
| Exhibit 36 | Patent Owners Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00918 (PTAB 2022) ("'452 POPR (2)") |
| Exhibit 37 | Decision Denying Institution of Inter Partes Review, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00917 (PTAB 2022) ("'452 DDI (1)") |
| Exhibit 38 | Decision Denying Institution of Inter Partes Review, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00918 (PTAB 2022) ("'452 DDI (2)") |
| Exhibit 39 | Exhibit 1003, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00917 (PTAB 2023) ("'452 Leinsing Declaration") |
| Exhibit 40 | Petition, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00913 (PTAB 2022) ("'213 Petition (1)") |

| | |
|---|---|
| Exhibit 41 | Patent Owner's Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00913 (PTAB 2022) ("'213 POPR (1)") |
| Exhibit 42 | Petitioner's Reply to Patent Owner's Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00917 (PTAB 2022) ("'452 PRPOPR (1)") |
| Exhibit 43 | Petitioner's Reply to Patent Owner's Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00918 (PTAB 2022) ("'452 PRPOPR (2)") |
| Exhibit 44 | Patent Owner's Sur-Reply ISO Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00917 (PTAB 2022) ("'452 PO Surreply (1)") |
| Exhibit 45 | Patent Owner's Sur-Reply ISO Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00918 (PTAB 2022) ("'452 PO Surreply (2)") |
| Exhibit 46 | Exhibit 1043, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00917 (PTAB 2023) ("'452 Smith Declaration") |
| Exhibit 47 | Petitioner's Reply to Patent Owner's Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00913 (PTAB 2023) ("'213 PRPOR (1)") |
| Exhibit 48 | Patent Owner's Surreply ISO Patent Owner's Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00913 (PTAB 2023) ("'213 PO Surreply") |
| Exhibit 49 | Petition, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00914 (PTAB 2023) ("'213 Petition (2)") |
| Exhibit 50 | Patent Owner Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00914 (PTAB 2023) ("'213 POPR") |
| Exhibit 51 | Petitioner Reply to Patent Owner's Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00914 (PTAB 2023) ("'213 PRPOR (2)") |
| Exhibit 52 | Patent Owner Surreply, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00914 (PTAB 2023) ("'213 PO Surreply (2)") |
| Exhibit 53 | Declaration of John Smith, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00914 (PTAB 2023) ("'213 Smith Declaration") |
| Exhibit 54 | Granting Institution of Inter Partes Review, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00922 (PTAB 2023) ("'642 DI (2)") |

Exhibit 55    Patent Owner Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00922 (PTAB 2023) ("'642 POPR (2)")

Exhibit 56    Final Written Decision, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00922 (PTAB 2023) ("'642 FWD (2)")

Exhibit 57    Petition, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00921 (PTAB 2023) ("'642 Petition (1)")

Exhibit 58    Patent Owner Preliminary Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00921 (PTAB 2023) ("'642 POPR (1)")

Exhibit 59    Patent Owner Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00921 (PTAB 2023) ("'642 POR (1)")

Exhibit 60    Petitioner Reply to Patent Owner's Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00921 (PTAB 2023) ("'642 PRPOR (1)")

Exhibit 61    Patent Owner Surreply, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00921 (PTAB 2023) ("'642 PO Surreply (1)")

Exhibit 62    Final Written Decision, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00921 (PTAB 2023) ("'642 FWD (1)")

Exhibit 63    Exhibit 2010, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00922 (PTAB 2023) ("'642 Baura Declaration")

Exhibit 64    Exhibit 1002, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00922 (PTAB 2023) ("'642 Smith Declaration")

Exhibit 65    Patent Owner Response, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00922 (PTAB 2023) ("'642 POR (2)")

Exhibit 66    Declaration of Gail D. Baura, Ph.D., Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00913 (PTAB)

Exhibit 67    Decision, Abbott Diabetes Care Inc. v. DexCom Inc., IPR2022-00913 (PTAB)

SHAW KELLER LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for DexCom, Inc.*


Dated: February 9, 2024

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ Anthony D. Raucci
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
Anthony D. Raucci (No. 5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Abbott Diabetes Care Inc. and
Abbott Diabetes Care Sales Corp.*

6