IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ABBOTT DIABETES CARE INC. and<br>ABBOTT DIABETES SALES CORP.,<br>　　　　　Defendants. | Civil Action No. 22-605 (KAJ)<br>CONSOLIDATED |
| ABBOTT DIABETES CARE, INC. and<br>ABBOTT DIABETES CARE LIMITED,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEXCOM, INC.,<br><br>　　　　　Defendant. | Civil Action No. 21-1699 (KAJ) |

ORDER

At Wilmington this 9th day of May, 2024,

IT IS ORDERED that a discovery dispute teleconference is hereby scheduled for May 29, 2024 at 2:00 p.m. with the undersigned. Counsel for DexCom shall initiate the teleconference call.

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
United States Circuit Judge
Sitting by designation