IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT DIABETES CARE, INC.  )
            )
    Plaintiffs,    )
            )
   v.       )  Civil Action No. 21-1699 (KAJ)
            )  CONSOLIDATED
DEXCOM, INC.,     )
            )
    Defendant.   )
            )
DEXCOM, INC.,     )
            )
    Plaintiff,    )
            )
   v.       )  Civil Action No. 22-605 (KAJ)
            )
ABBOTT DIABETES CARE INC. and )
ABBOTT DIABETES SALES CORP., )
            )
    Defendants.   )

ORDER

At Wilmington this 31st day of May 2024, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

- DexCom's Renewed Motion for Judgment as a Matter of Law (D.I. 585) is DENIED.

- Abbott's Rule 50(b) Motion for Judgment as a Matter of Law (D.I. 591) is GRANTED IN PART, insofar as Abbott argues that the jury lacked

sufficient evidence to find that it does not have a license to claim 14 of U.S. Patent No. 10,980,452 ("the '452 Patent").

- Abbott's Rule 50(b) Motion for Judgment as a Matter of Law (D.I. 591) is DENIED IN PART, insofar as Abbott argues that the jury lacked sufficient evidence to conclude that DexCom breached the SLA's patent license and that Abbott does not have a license to claims 11 and 27 of the '452 Patent.

- Abbott's Motion for Judgment that the Claims of the '452 Patent are Impliedly Licensed to Abbott (D.I. 589) is DENIED.

- Abbott's Motion to Compel Specific Performance of the Parties' Settlement and License Agreement, or in the Alternative for a Permanent Injunction (D.I. 587) is DENIED.

Kent A. Jordan, Circuit Judge
Sitting by designation