IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEXCOM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-605 (KAJ) |
| | ) | CONSOLIDATED |
| ABBOTT DIABETES CARE INC. and | ) | |
| ABBOTT DIABETES CARE SALES CORP., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to the Court's oral order during the May 29, 2024 teleconference, Abbott Diabetes Care Inc. and Abbott Diabetes Care Sales Corp. and DexCom, Inc. hereby stipulate, subject to the approval of the Court, that the deadlines in the Scheduling Order (D.I. 618), as previously amended (D.I. 726), are extended as follows:

| Event | Current Date | New Date (DexCom) | New Date (Abbott) |
|---|---|---|---|
| Markman Hearing | (None) | TBD | |
| Close of Fact Discovery | June 25, 2024 | August 6, 2024 | |
| Opening Expert Reports | July 17, 2024 | August 26, 2024 | |
| Rebuttal Expert Reports | August 9, 2024 | September 19, 2024 | |
| Supplemental / Reply Expert Reports | August 29, 2024 | October 9, 2024 | |
| Close of Expert Discovery | September 19, 2024 | November 7, 2024 | |
| Opening Summary Judgment and *Daubert* Briefs | September 27, 2024 | November 21, 2024 | |

| Event | Current Date | New Date (DexCom) | New Date (Abbott) |
|---|---|---|---|
| Answering Summary Judgment and *Daubert* Briefs | October 25, 2024 | December 20, 2024 ||
| Reply Summary Judgment and *Daubert* Briefs | November 8, 2024 | January 17, 2025 ||
| Hearing on Summary Judgment and *Daubert* Briefs | December 13, 2024 at 10:00 a.m. | February 2025 | TBD |
| Parties to Meet and Confer re Narrowing of Claims and Prior Art | Within 4 Weeks of Markman Order | Within 4 Weeks of Markman Order | TBD |
| Due Date to File Joint Proposed Final Pretrial Order | January 27, 2025 | March 27, 2025 | TBD |
| Due Date to File Voir Dire, Jury Instructions, Special Verdict Forms and Jury Interrogatories re Abbott infringement claims | February 19, 2025 | April 7, 2025 | TBD |
| Final Pretrial Conference | February 24, 2025 at 10:00 a.m. | April 2025 | TBD |
| Start of 5-day Jury Trial | March 24, 2025 at 9:30 a.m. | May 2025 | TBD |

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Nathan R. Hoeschen* | */s/ Rodger D. Smith II* |
| John W. Shaw (#3362)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

June 12, 2024

       SO ORDERED this _____ day of _____ 2024.

_____
United States Circuit Judge