IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEXCOM, INC., )<br>)<br>       Plaintiff, )<br>  v. )<br>)<br>ABBOTT DIABETES CARE INC. and )<br>ABBOTT DIABETES CARE SALES CORP., )<br>)<br>       Defendants. )<br>) | C.A. No. 22-605-KAJ<br>**CONSOLIDATED** |

## NOTICE OF DEPOSITION OF CHRIS BENNELL

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, DexCom, Inc. will take the oral deposition of Chris Bennell on August 6, 2024 at 9:00 AM (PT) via web-based video conference, or at another time and location agreed upon by the parties or ordered by the Court. The deposition will be recorded before a duly qualified notary public or other officer authorized by law to administer oaths by stenographic means, audio recording, video recording, and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed.

| | |
|---|---|
| OF COUNSEL:<br>David Bilsker<br>QUINN EMANUEL URQUHART<br> & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(213) 443-3000 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for DexCom, Inc.* |

Kevin P.B. Johnson
Todd M. Briggs
Margaret Shyr
Sara L. Pollock
Zak Randell
Cat Williams
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Brian P. Biddinger
Cary E. Adickman
John P. Galanek
Alex Zuckerman
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Nathan Hamstra
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400

Valerie Lozano
Zhaoxin Yin
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Isabel Peraza
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I St. NW #900,
Washington, DC 20005
(202) 538-8000

Gavin Frisch
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
111 Huntington Ave., Suite 520
Boston, MA 02119
(617) 712-7100

Trevor J. Quist
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
(801) 515-7300

Theodore Kwong
HILGERS GRABEN PLLC
10000 N. Central Expy., Suite 400
Dallas, TX 75231
(972) 645-3097

Sophie A. Hood
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
(415) 391-5400

Dated: July 26, 2024